UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:20-cv-02251-CEM-GCK

LARRY MILLER,

      Plaintiff,

v.

SUNBELT RENTALS, INC.,
a Foreign Corporation,

      Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, **LARRY MILLER**, ("Plaintiff"), and Defendant, **SUNBELT RENTALS, INC.** ("Defendant"), (collectively, the "Parties"), by and through their undersigned counsel, hereby notify this Court that the Parties have reached a resolution in this case. The Parties are in the process of finalizing the Settlement and request for dismissal with prejudice and anticipate filing same with the Court within the next fourteen (14) days.

Dated this 18th day of October, 2021.

1

| Respectfully Submitted, | Respectfully submitted, |
|---|---|
| */s/ Noah E. Storch* | */s/ Yash B. Dave* |
| Noah E. Storch, Esq. | Patricia J. Hill, Esquire |
| Florida Bar No. 0085476 | Florida Bar No.: 0091324 |
| RICHARD CELLER LEGAL, P.A. | E-mail: pjhill@sgrlaw.com |
| 10368 West State Road 84, Suite 103 | Yash B. Dave, Esq. |
| Davie, Florida 33324 | Florida Bar No.0068573 |
| Telephone: (866) 344-9243 | SMITH, GAMBRELL & RUSSELL |
| Facsimile: (954) 337-277 | 50 N. Laura Street |
| E-mail: noah@floridaovertimelawyer.com | Jacksonville, FL 32202 |
| *Counsel for Plaintiff* | Telephone: (904) 598-6100 |
|  | Facsimile: (904) 598-6240 |
|  | E-mail: ydave@sgrlaw.com |
|  | *Counsel for Defendant* |